AO 468 (1/86) Waiver of Preliminary Examination or Hearing ⊕

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Frederk Powell
aka Frederick Powell

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 2:06mj140-CSC

I, __Frederick Powell_____, charged in a (complaint) (petition) pending in this District with __Violation of Supervised Release_____

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____/s/ Frederick Powell_____
Defendant

_____/s/ Counsel_____
Counsel for Defendant

12/15/06
Date