**COURTROOM DEPUTY MINUTES**    DATE:  **DECEMBER 15, 2006**
**MIDDLE DISTRICT OF ALABAMA**

DIGITAL RECORDING:    3:32 - 3:36

| | |
|---|---|
| √ | **INITIAL APPEARANCE** |
| ❑ | **DETENTION HEARING** |
| ❑ | **REMOVAL HEARING (Rule 5)** |
| ❑ | **ARRAIGNMENT** |
| ❑ | **ARRAIGNMENT on SUPERSEDING INDICTMENT** |
| ❑ | **PRELIMINARY EXAMINATION** |

PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u>    DEPUTY CLERK: <u>WANDA STINSON</u>

CASE NO.  <u>2:06MJ-140-CSC</u>    DEFT. NAME:  <u>FREDERK POWELL</u>

USA:  <u>TODD BROWN</u>    ATTY:  <u>ROBIN KONRAD</u>

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

USPTSO/USPO:  <u>DAVID CONOLY</u>

Defendant ____does  √ does NOT need an interpreter; NAME:_____

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest  <u>12/15/06</u>    or    √ Rule 5 Arrest | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ❑ / Pro/Sup Rel Violator | |
| √ Finaff. | Financial Affidavit executed ❑ to be obtained by PTS; ❑ **ORAL** Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.** | |
| ❑ 20appt. | Panel Attorney Appointed;  ❑ to be appointed - prepare voucher | |
| ❑ | Deft. Advises he will retain counsel. Has retained _____ | |
| ❑ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❑ To be followed by written motion; | |
| ❑ | Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ❑ held; ❑ Set for_____; ❑ **Prelim. Hrg** Set for_____ | |
| ❑ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ❑ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ❑ kocondrls. | Release order entered. ❑ Deft. advised of conditions of release. | |
| ❑ kbnd. | ❑ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR). | |
| | ❑ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ❑ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| √ ko. | Deft. **ORDERED REMOVED** to originating district | |
| √ krmvhrg. | Identity/Removal Hearing ❑ set for _____;  √ **WAIVER** of Rule 5 & 5.1 Hearings | |
| √ kwvprl. | Waiver of  Preliminary hearing; | |
| ❑ | Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury. | |
| ❑ Karr. | **ARRAIGNMENT** SET FOR:_____ ❑ **HELD.** Plea of **NOT GUILTY** entered. | |
| | ❑ **Trial Term** ____; ❑ **PRETRIAL CONFERENCE DATE:** _____ | |
| | ❑ **DISCOVERY DISCLOSURES DATE**: _____ | |
| ❑ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |