AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| FREDERK POWELL | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:06-MJ-140-SRW | 2:05-CR-231-004 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  Indictment   ☐ Information   Complaint   X Other   Petition to Revoke Supervision
charging a                               U.S.C.

**DISTRICT OF OFFENSE**
SOUTHERN DISTRICT OF ALABAMA

**DESCRIPTION OF CHARGES:**

Violations of conditions of release.

**CURRENT BOND STATUS:**

☐ Bail fixed at                and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of
X Other  _waived preliminary hearing in the district_  Defendant detained pending hearing in Southern District of Alabama. _Defendant_

**Representation:** ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X No    ☐ Yes    Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

  You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_December 15, 2006_
Date

United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |